**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAZMIK TAHMAZYAN,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 06-74554<br><br>Agency No. A075-669-675<br><br>ORDER[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 5, 2010[**]
San Francisco, California

Before: HALL and THOMAS, Circuit Judges, and RESTANI, Judge.[***]

The Attorney General's unopposed motion to remand this matter to the

Board of Immigration Appeals, so that it may reevaluate the Immigration Judge's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

[***]    The Honorable Jane A. Restani, Judge of the United States Court of International Trade, sitting by designation.

adverse credibility finding in light of intervening case law, is GRANTED. *See*

*Todorovic v. U.S. Att'y Gen.*, 621 F.3d 1318, 1325-26 (11th Cir. 2010); *Razkane v.*

*Holder*, 562 F.3d 1283, 1288 (10th Cir. 2009).

The removal order of December 20, 2004, is hereby STAYED pending

issuance of the Board's decision upon reconsideration.

REMANDED.